**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 22-12659** |
| **Ashley Wisniewski** | : | **Chapter 13** |
| | : | **Judge Patricia M. Mayer** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |
| **JPMorgan Chase Bank, N.A.** | : | **Date and Time of Hearing** |
| **Movant,** | : | **Place of Hearing** |
| | : | **July 2, 2025 at 01:00 p.m.** |
| **vs** | : | |
| | : | **U.S. Bankruptcy Court,** |
| **Ashley Wisniewski** | : | **900 Market Street, Courtroom #1,** |
| **Kenneth E. West** | : | **Philadelphia, PA, 19107** |
| **Respondents.** | : | |
| | : | |

**MOTION OF JPMORGAN CHASE BANK, N.A. FOR RELIEF FROM THE
AUTOMATIC STAY REGARDING THE PERSONAL PROPERTY KNOWN AS 2017
HYUNDAI SANTA FE, VIN 5NMZT3LB0HH040331**

JPMorgan Chase Bank, N.A. (the "Creditor"), by and through the undersigned counsel,

files this Motion for Relief from the Automatic Stay pursuant to 11 U.S.C. § 362 and other

sections of Title 11 of the United States Code, and under Federal Rules of Bankruptcy Procedure

4001 and 6007 for an order conditioning, modifying, annulling, or dissolving the automatic stay,

averring as follows.

1.     This is an action arising pursuant to a case under Title 11 of the United States Code.

2.     Creditor is a lending institution duly authorized to conduct business in the

       Commonwealth of Pennsylvania.

3.     Creditor is a party-in-interest in the above referenced Bankruptcy matter as it is a secured

       creditor of the Debtor.

22-033525_EJS1

4.    The Court has jurisdiction over this matter under 28 U.S.C §§ 157 and 1334.  This is a

       core proceeding under 28 U.S.C. § 157(b)(2).  The venue of this case and this Motion is

       proper under 28 U.S.C. §§ 1408 and 1409.

5.    On October 9, 2021, Ashley Lauren Wisniewski (the "Debtor") obtained a loan from JP

       Morgan Chase Bank N A, or its predecessor-in-interest, in the amount of $19,862.51 for

       the purchase of a 2017 Hyundai Santa Fe, VIN 5NMZT3LB0HH040331 ("Collateral").

       Debtor agreed to make periodic payments to JP Morgan Chase Bank N A, or its

       predecessor-in-interest.  Such loan was evidenced by a Retail Installment Sale Contract

       Simple Finance Charge (the "Contract"), a copy of which is attached hereto as Exhibit A.

6.    To secure payment of the Contract, Debtor delivered the Commonwealth of Pennsylvania

       Certificate of Title for a Vehicle (the "Title") to the Collateral to Creditor or Creditor's

       predecessor-in-interest.  On or about October 21, 2021, Creditor or Creditor's

       predecessor-in-interest perfected its security interest in the Collateral by delivering the

       Title along with the appropriate application and fees to the Department of Transportation

       of the Commonwealth in accordance with Pa.C.S. § 1132.1(a).  As a result, Creditor has a

       valid security interest in the Collateral.  A copy of the Title is attached hereto as Exhibit

       B.

7.    Creditor believes the clean retail value of the Collateral is $9,100.00 based upon the J.D.

       POWER Used Cars/Trucks guide dated May 15, 2025, a copy of which is attached hereto

       as Exhibit C.

8.    On October 3, 2022, Debtor filed a voluntary petition for relief under Chapter 13 of the

       United States Bankruptcy Code ("Petition").

22-033525_EJS1

9.      Post-petition payments have not been received, therefore no post-petition payment

history is attached.

10.     Debtor's Chapter 13 Plan calls for the Debtor to retain the Collateral and make post-

petition payments directly to the Creditor.

11.     Debtor has failed to make full post-petition payments in the amount of $410.44 for the

past 31 months (payments due from October 23, 2022 through April 23, 2025)as of May

15, 2025 and is in default in the amount of $12,723.64.

12.     As of May 15, 2025, there is currently due and owing on the Contract the outstanding

principal balance of $18,737.42, plus interest accruing thereon at the rate of 0.00% per

annum.  The total amount due is broken down as follows:

| Total Loan Balance | |
| --- | --- |
| **Description** | Amount |
| Principal | $18,737.42 |
| Interest | $0.00 |
| Late Charges | $0.00 |
| Other Fees | $0.00 |
| Less Contractual Suspense Funds | $(0.00) |
| Total: $18,737.42 | |

13.     Creditor seeks relief from the automatic stay pursuant to 11 U.S.C. § 362(d) to proceed

under applicable nonbankruptcy law to enforce its remedies to repossess and sell the

Collateral.

14.     Creditor is entitled to relief from the automatic stay for the following reason(s):

a.      Creditor lacks adequate protection of its secured interest in the Collateral pursuant
        to 11 USC § 362(d)(1) as a result of Debtor's failure to make payments when due.

22-033525_EJS1

WHEREFORE, JPMorgan Chase Bank, N.A. respectfully requests this Honorable Court

to enter an order terminating the Automatic stay as it affects the interests of JPMorgan Chase

Bank, N.A. in the Collateral, and granting such other relief as this Honorable Court may deem

just. Creditor further requests that Rule 4001(a)(4) be waived so that an Order Granting Relief

from the Automatic Stay will take immediate effect.

Respectfully submitted,

/s/Stephen R. Franks
Stephen R. Franks, Esquire (333394)
Adam B. Hall (323867)
MDK Legal
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Stephen R.
Franks.
Contact email is srfranks@mdklegal.com

22-033525_EJS1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 22-12659** |
| Ashley Wisniewski | : | **Chapter 13** |
| | : | **Judge Patricia M. Mayer** |
| Debtor(s) | : | * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |
| JPMorgan Chase Bank, N.A. | : | **Date and Time of Hearing** |
| Movant, | : | **Place of Hearing** |
| | : | **July 2, 2025 at 01:00 p.m.** |
| vs | : | |
| | : | |
| Ashley Wisniewski | : | **U.S. Bankruptcy Court,** |
| Kenneth E. West | : | **900 Market Street, Courtroom #1,** |
| | : | **Philadelphia, PA, 19107** |
| Respondents. | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I certify that on the date of filing, a copy of the foregoing Motion of JPMorgan Chase

Bank, N.A. for Relief from the Automatic Stay regarding the Personal Property known as 2017

Hyundai Santa Fe, VIN 5NMZT3LB0HH040331 was filed electronically.  Notice of this filing

will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

KENNETH E. WEST, Office of the Chapter 13 Standing Trustee,
ecfemails@ph13trustee.com

BRAD J. SADEK, Attorney for Ashley Wisniewski, brad@sadeklaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S.

Mail to the following:

Ashley Wisniewski, 3437 Chippendale St, Philadelphia, PA  19136

/s/Stephen R. Franks

22-033525_EJS1